IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE DORNAY, | Case No. 08-cv-0036 TAG |
| Plaintiff, | |
| vs. | ORDER DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Doc. 11) |
| Defendant. | |

On January 2, 2008, Plaintiff Susie Dornay ("Plaintiff"), through counsel, filed a complaint seeking judicial review of Defendant Michal J. Astrue's ("Defendant") denial of her application for Social Security disability benefits.  (Doc. 2).  On January 8, 2008, the Court issued a Scheduling Order requiring Defendant to lodge and serve the Administrative Record no later than 120 days from the date that the complaint is served, which, in the instant case, is calculated as commencing on February 14, 2008, the date Defendant filed his Consent to Jurisdiction by a Magistrate Judge.[1]  (Docs. 5, 9).  This Court calculates that the Administrative Record is due on June 13, 2008.  (Id.).

On May 28, 2008, Defendant filed a "Motion to Remand the Action to the Commissioner of Social Security Administration Pursuant to Sentence Six of 42 U.S.C. § 405(g)."  (Doc. 11).  Defendant contends that a Sentence Six remand is appropriate because the Administrative Law Judge may not have considered additional medical evidence submitted by Plaintiff.  (Id.).

///

---

[1] Plaintiff did not effect proper service of the summons and complaint because she did not serve the Social Security Administration in Baltimore, MD.  (See Doc. 7).  Defendant, however, essentially waived proper service when he consented to jurisdiction by the magistrate judge, thereby acknowledging receipt of the complaint.  (See Doc. 9).

1

Because Plaintiff has not stipulated to the proposed remand, IT IS HEREBY ORDERED that:

1. Plaintiff Susie Dornay file a response setting forth her position with respect to the Motion to Remand within twenty days of the date of this order; and

2. Defendant Michael J. Astrue may file a reply to Plaintiff's response no later than ten days after the date that Plaintiff files her response; and

3. This Court will take the Motion to Remand under submission based on the parties' arguments.

IT IS SO ORDERED.

Dated:   **June 3, 2008**                                         /s/ Theresa A. Goldner
                                                                 UNITED STATES MAGISTRATE JUDGE