IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE DORNAY, | Case No. 08-cv-0036 TAG |
| Plaintiff, | |
| vs. | ORDER GRANTING DEFENDANT'S MOTION TO REMAND THIS MATTER PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g) (Docs. 11, 13) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | ORDER FOR REMAND |

On January 2, 2008, Plaintiff Susie Dornay ("Plaintiff"), through counsel, filed a complaint seeking judicial review of Defendant Michael J. Astrue's ("Defendant") denial of her application for Social Security disability benefits. (Doc. 2). On January 8, 2008, the Court issued a Scheduling Order requiring Defendant to lodge and serve the Administrative Record no later than 120 days from February 14, 2008, the date that the Defendant acknowledged service. (Docs. 5, 9). This Court calculates that the Administrative Record was due on June 13, 2008. (Id.).

On May 28, 2008, Defendant filed a "Motion to Remand the Action to the Commissioner of Social Security Administration Pursuant to Sentence Six of 42 U.S.C. § 405(g)." (Doc. 11). Defendant contends that a Sentence Six remand is appropriate because the Administrative Law Judge may not have considered 43 pages of additional medical evidence submitted by Plaintiff. (Id.). On June 3, 2008, this Court ordered Plaintiff to respond to Defendant's motion to remand. (Doc. 12). Plaintiff filed a "Notice of Non-Opposition" on June 12, 2008. (Doc. 13).

1

     Because neither party had provided this Court with information as to the relevance of the medical evidence that had not been considered at the administrative level, thereby necessitating a Sentence Six remand, the Court scheduled a hearing during which the parties could explain the significance of the documents.  (Doc. 14).

     The hearing on Defendant's motion to remand was heard at 10:00 a.m. on June 24, 2008, before United States Magistrate Judge Theresa A. Goldner.  Only Defendant, through counsel, appeared telephonically at the hearing.  Defendant explained that the additional medical documents consisted of 43 pages of treatment records and notes from 2002 to 2007 pertaining to Plaintiff, and the Administrative Law Judge's decision failed to mention or otherwise indicate that he had considered these medical records.  Accordingly, for good cause shown,

     IT IS HEREBY ORDERED THAT:

     1. Defendant's motion to remand the action to the Commissioner of Social Security for further administrative action pursuant to Sentence Six of the Social Security Act, 42 U.S.C. § 405(g), is GRANTED (Doc. 11);

     2. This action is remanded to the Commissioner of the Social Security Administration pursuant to sentence six of 42 U.S.C. § 405(g) for consideration all material and relevant evidence, including the 43 pages of medical evidence that are the subject of the instant motion for remand;  and

     3. Plaintiff and Defendant are DIRECTED to file with this Court a joint status report every 60 days from the date of this Order.  The joint status report shall summarize the actions of both parties, and the assigned Administrative Law Judge, to cause this case to be completed in a prompt and efficient manner, and shall include, without limitation, a description of what actions have been taken and when they were accomplished, and what further actions will be taken and when they will be accomplished.  Failure to comply with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:  **June 24, 2008**                                                         **/s/ Theresa A. Goldner**
                                                                                            UNITED STATES MAGISTRATE JUDGE