IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SUSIE DORNAY, | ) | 1:08cv036 BAK [DLB] |
| | ) | |
| | ) | |
| | ) | ORDER REQUIRING PARTIES |
| | ) | TO FILE STATUS REPORT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On June 24, 2008, the Court granted Defendant's motion to remand this action pursuant to Sentence Six of 42 U.S.C. § 405(g). The order required the parties to file a status report every 60 days from the date of the order and warned that sanctions may issue for failure to do so.

Defendant filed the last status report on June 24, 2009. No further status report has been filed.

Accordingly, the parties are ORDERED to file a status report within fifteen (15) days of the date of service of this order. <u>Failure to do so may result in the imposition of sanctions.</u>

IT IS SO ORDERED.

Dated:   **November 4, 2009**         **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE

1