# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE DORNAY, | ) CASE NO. 1:08-cv-00036 JLT |
| Plaintiff, | ) ORDER DISCHARGING ORDER TO SHOW |
| v. | ) CAUSE ISSUED MAY 21, 2010 |
| MICHAEL J. ASTRUE, | ) (Doc. 31) |
| Commissioner of Social Security | ) |
| Defendant. | ) |

On May 21, 2010, the Court ordered the parties to show cause why the matter should not be dismissed based upon Plaintiff's current receipt of Social Security benefits. On May 27, 2010, Defendant filed his response and detailed that Plaintiff is receiving benefits but the benefits are based upon an onset date of April 28, 2007 and that this application is unrelated to her prior applications.

Plaintiff has filed no response. Notably, Plaintiff's counsel failed to respond to the Court's orders to show cause issued on April 30, 2010 also.

Accordingly, IT IS HEREBY ORDERED that:

1. The Order to Show Cause is discharged.
2. The parties are ordered to file a <u>joint</u> report to Court as outlined in its June 24, 2008 order. The next <u>joint</u> report shall be filed no later than July 19, 2010.
3. The parties, and specifically Plaintiff's counsel, are advised that <u>their failure file the joint report will result in the imposition of sanctions</u>.

1

1      4.      The parties are ordered to take all reasonable steps to ensure that the administrative
2          proceedings are completed as soon as practicable.
3
4 IT IS SO ORDERED.
5 Dated: **July 2, 2010**                        **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE