IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE DORNAY,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant | ) Case No.: 1:08-cv-00036 JLT<br>)<br>) ORDER DIRECTING THE CLERK TO RE-<br>) OPEN THIS MATTER<br>)<br>)<br>)<br>)<br>)<br>) |

On June 24, 2008, the Court ordered this matter remanded pursuant to sentence six of 42 U.S.C. § 405(g), and the matter was administratively closed. (Doc. 16). On March 25, 2011, the Social Security Administration issued a decision that was unfavorable to Plaintiff. (Doc. 39, Exh. 1). Therefore, the parties have stipulated to re-open the matter on July 14, 2011. (Doc. 39)

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk of Court IS DIRECTED To re-open this matter; and

2. Defendant Michael J. Astrue, Commissioner of Social Security, **SHALL** file the administrative transcript within 60 days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 14, 2011**                                            /s/ Jennifer L. Thurston
                                                                                        UNITED STATES MAGISTRATE JUDGE