IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE DORNAY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____ | Case No.: 1:08-cv-00036 JLT<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF SUSIE DORNAY AND AGAINST MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY |

Susie Dornay ("Plaintiff") sought review of the administrative decision regarding Social Security benefits. On January 9, 2012, the parties stipulated to a voluntary remand of Plaintiff's social security appeal for further administrative proceedings. (Doc. 54). Specifically, the parties stipulated as follows:

> Upon remand, the Office of Disability Adjudication and Review will remand the case to an Administrative Law Judge (ALJ) and direct him to reconcile the subsequent allowance with the ALJ's prior denial in accordance with HALLEX I-5-3-17, Section III.B.2., and take any further action necessary to complete the administrative record and issue a new decision.

(Doc. 54 at 1). Further, the parties noted, "This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)." (*Id.* at 1-2).

///

///

1

1  Based upon the foregoing, **IT IS HEREBY ORDERED**:

2  1. The matter is REMANDED under four of 42 U.S.C. § 405(g); and

3  2. The Clerk of Court is DIRECTED to enter judgement in favor of Plaintiff Susie
4  Dornay and against Defendant Michael J. Astrue, Commissioner of Social Security.

6  IT IS SO ORDERED.

7  Dated:  **January 9, 2012**                                              /s/ Jennifer L. Thurston
                                                                  UNITED STATES MAGISTRATE JUDGE