# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE DORNAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | 1:08-cv-00036 JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS FEES AND EXPENSES PURSUANT TO<br>28 U.S.C. § 2412 (d)<br><br>(Doc. 48) |

Plaintiff Susie Dornay and Defendant Michael J. Astrue, Commissioner of Social Security, have stipulated for the award and payment of attorneys fees and expenses. (Doc. 48).

Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED, that fees and expenses in the amount of $4,000.00 are **AWARDED** to Plaintiff, Susie Dornay.

IT IS SO ORDERED.

Dated:   **February 28, 2012**                              /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE